UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-61426-WPD

DOUGLAS GLASS and RAY ST.
CLAIR, on behalf of themselves
and those similarly situated,

    Plaintiffs,

v.

U.S. FACILITY SOLUTIONS, LLC
and CHRIS DABEK,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT U.S. FACILITY SOLUTIONS, LLC

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment against Defendant U.S. Facility Solutions, LLC (the "Motion") [DE 74], filed herein on November 21, 2024. The Court has carefully considered the Motion [DE 74] and the record, and is otherwise fully advised in the premises.

On September 12, 2024, the Court entered an Order Granting Motion to Withdraw as Counsel. *See* [DE 60]. In the Court's September 12, 2024 Order, the Court ruled in pertinent part that:

> It is a well-settled principle of law that a corporation cannot appear pro se and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985). Therefore, failure of Defendant U.S. Facility Solutions, LLC to obtain counsel to appear in the record on Defendant U.S. Facility Solutions, LLC's behalf on or before **September 26, 2024** will result in the Court deeming Defendant U.S. Facility Solutions, LLC to be in default and require Plaintiffs to file a motion for default judgment.

*See* [DE 60] at p. 2 (emphasis in original).

That deadline has passed Defendant U.S. Facility Solutions failed to file a Notice of Appearance in the record by its counsel.  Therefore, on October 16, 2024, the Court entered a Court's Entry of Default as to Defendant U.S. Facility Solutions, LLC; Order Requiring Plaintiff to Move for Default Judgment against Defendant U.S. Facility Solutions, LLC. *See* [DE 65]. Therein, the Court required Plaintiff to move for default judgment against Defendant U.S. Facility Solutions, LLC on or before October 21, 2024. *See id.*

Thereafter, on October 21, 2024 and again on November 11, 2024, the Court granted two motions for extension of time, extending the deadline for Plaintiff to move for default judgment against Defendant U.S. Facility Solutions, LLC, first to November 11, 2024 and then to November 21, 2024. *See* [DE's 68, 71]. On November 21, 2024, Plaintiff filed the instant Motion [DE 74] seeking a default judgment against Defendants. *See* [DE 74].  On that same day, individual Defendant Chris Dabek filed an Answer to Default Judgment, detailing his financial hardship. *See* [DE 73].[1]  As of the date of this Order, Defendant U.S. Facility Solutions, LLC has failed to obtain counsel to appear in the record on Defendant U.S. Facility Solutions, LLC's behalf, as required by the Court's September 12, 2024 Order.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Judgment against Defendant U.S. Facility Solutions, LLC [DE 74] is hereby **GRANTED**.

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3. The Clerk shall **MAIL** a copy of this Order to Defendants at the addresses below.

---

[1] The Court notes no default was entered against individual Defendant Chris Dabel and that individual Defendant Chris Dabek may still proceed in defending this action *pro se* on his own behalf.

2

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of December, 2024.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

U.S. Facility Solutions, LLC
13794 N.W. 4th Street
Suite 204
Sunrise, Florida 33325

Chris Dabek
13794 N.W. 4th Street
Suite 204
Sunrise, Florida 33325

3