UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-61426-WPD

DOUGLAS GLASS and RAY ST.
CLAIR, on behalf of themselves
and those similarly situated,

       Plaintiffs,

v.

U.S. FACILITY SOLUTIONS, LLC
and CHRIS DABEK,

       Defendants.

_____/

## DEFAULT JUDGMENT
## AGAINST DEFENDANT U.S. FACILITY SOLUTIONS, LLC

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment against

Defendant U.S. Facility Solutions, LLC (the "Motion") [DE 74], filed herein on November 21,

2024. The Court granted the Motion in an Order entered separately today. Pursuant to Federal

Rule of Civil Procedure 58(a), the Court enters this separate final judgment against Defendant

U.S. Facility Solutions, LLC.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Default Judgment is hereby entered in favor of Plaintiffs and against Defendant U.S.

    Facility Solutions, LLC in the amount of $201,298.69 allocated as follows:

| Exh. | Last Name | Amount of Overtime Owed |
|------|-----------|--------------------------|
| A | Glass | $15,511.47 |
| B | St. Clair | $4,124.64 |
| C | Ward | $1,400.00 |
| D | Robinson | $9,533.33 |
| E | Wright | $9,657.14 |
| F | Scheid | $3,150.00 |
| G | Werns | $8,428.00 |
| H | Rodriguez | $1,080.00 |
| I | Ortega | $4,800.00 |
| J | Mccoy | $6,342.00 |
| K | Lopez | $10,446.43 |
| L | Jenkins | $6,076.20 |
| M | Hopkins | $4,333.33 |
| N | Fleuren | $21,016.67 |
| O | Ogo | $1,359.00 |
| P | Cruz | $1,166.67 |
| Q | Campbell | $39,250.00 |
| R | Diaz | $8,000.00 |
| S | Mercado | $5,000.00 |
| T | Wilcox | $23,833.33 |
| U | Linch | $5,076.48 |
| V | Allen | $11,457.33 |
| W | Dillon | $256.67 |
| | **TOTAL** | **$201,298.69** |

2.  The Clerk shall **MAIL** a copy of this Order to Defendants at the addresses below.

   **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of December, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

U.S. Facility Solutions, LLC
13794 N.W. 4th Street
Suite 204
Sunrise, Florida 33325

Chris Dabek
13794 N.W. 4th Street
Suite 204
Sunrise, Florida 33325