IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS A. GLASS and<br>RAY ST. CLAIR, on behalf of<br>themselves and those similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>U.S. FACILITY SOLUTIONS, LLC<br>and CHRIS DABEK,<br><br>    Defendants. | Case No.: 0:23-cv-61426-WPD |

**NOTICE REGARDING MOTION TO APPROVE SETTLEMENT**

Plaintiffs are providing this update to the Court regarding the status of the motion to approve the settlement. On February 4, 2025, following mediation, Plaintiffs filed their "Notice of Settlement." (Doc. 84). In the Notice, Plaintiffs explained the parties' intention to file a motion to approve the settlement within 14 days, which would be February 18, 2025. This was too optimistic. After drafting the agreement, Plaintiffs are still working to collect signatures from the twenty-four claimants on the settlement documents and are also still preparing the joint motion to approve. As a result of the remaining work to be done, the parties intend to file the motion on or before March 3, 2025.

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com

**GUNTERFIRM**
2165 W. First St., Suite 104
Fort Myers, FL 33901
Tel: 239.334.7017


Drew N. Herrmann (admitted *pro hac vice)*
Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann (admitted *pro hac vice*)
Texas Bar No. 24104030
pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, Texas 76102
Phone: (817) 479-9229
Fax: (817) 887-1878

-AND-

Harold Lichten, (admitted *pro hac vice*)
Matthew Thomson, (admitted *pro hac vice)*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  hlichten@llrlaw.com
Email: mthomson@llrlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this day, February 18, 2025.

/s/ Jason L. Gunter
JASON L. GUNTER