UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-61426-WPD

DOUGLAS GLASS and RAY ST.
CLAIR, on behalf of themselves
and those similarly situated,

    Plaintiffs,

v.

U.S. FACILITY SOLUTIONS, LLC
and CHRIS DABEK,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Unopposed Motion to Approve Fair Labor Standards Act Settlement, filed March 12, 2025. [DE 95]. Upon review of the private settlement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Settlement Agreement and Release of FLSA Claims ("Settlement Agreement") in this matter is approved as a fair and reasonable resolution of "a bona fide dispute" under the Fair Labor Standards Act (29 U.S.C. §§ 201, *et. seq.*) ("FLSA"). *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The Court grants the Motion to Approve Fair Labor Standards Act Settlement on behalf of Plaintiffs and approves attorney's fees and costs in the total amount of $$12,262.58 as set forth in the Settlement Agreement.

3. The Parties are directed to distribute the settlement funds in accordance with the terms of the Settlement Agreement.

4. The Court hereby enters final judgment in this case and dismisses with prejudice the claims of all Plaintiffs and opt-in Plaintiffs who signed the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54 of the Federal Rules of Civil Procedure.

5. This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement.

6. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of March, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record